IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT GANGLOFF | : | CIVIL ACTION |
| v. | : | |
| SEARS ROEBUCK & CO. | : | NO. 02-3732 |

## **O R D E R**

AND NOW, this 24th day of June, 2002, it is Ordered a hearing on defendant's motion to dismiss/motion to strike (doc. no. 4) is scheduled for **July 18, 2002 at 4:00 p.m.**, in Courtroom 3A, 3rd floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

ATTEST:               or    BY THE COURT


BY:_____    _____
Deputy Clerk                                Judge

C.V. 12 (4/99)

xc: J. Michael Adams, Esq.
    John F. Hayes, Esq.
    Michael R. Lettrich, Esq.
    Thomas W. Sheridan, Esq.