IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT GANGLOFF, | : | CIVIL ACTION |
| | : | |
| SEARS ROEBUCK & CO., | : | NO. 02-3732 |

ORDER

AND NOW, this **16th** day of **July 2002**, pursuant to Plaintiff's Notice of Voluntary Dismissal, the hearing scheduled on July 18, 2002 is **CANCELLED.**

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO,  J.