```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT GANGLOFF                  :        CIVIL ACTION
                                :
         v.                     :
                                :
SEARS ROEBUCK & CO, ET AL.      :        NO. 02-3732
                                            & 02-4615
```

## **O R D E R**

AND NOW, this 6th day of June, 2003, it is Ordered that a telephone conference on the joint motion for enlargement of time for discovery (doc. no. 14) is scheduled for **June 16, 2003 at 9:00 a.m.**, with the Honorable Eduardo C. Robreno.

Plaintiff's counsel shall initiate the telephone conference and call Chambers at (215) 597-4073 when all parties are on the line.

```
     ATTEST:                    or      BY THE COURT


     BY:_____       _____
         Deputy Clerk                            Judge
```

C.V. 12 (4/99)

faxed to: Thomas W. Sheridan, Esq.
xc: J. Michael Adams, Esq.
    John F. Hayes, Esq.
    Michael R. Lettric, Esq.
    Anthony W. Hinkle, Esq.
    Sean E. Quinn, Esq.